NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JASON RUDY CHELADYN,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-4709
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed May 29, 2019.

Appeal from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and
J. L. Perez, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, and Allison C.
Heim, Assistant Attorney General, Tampa,
(substituted as counsel of record), for
Appellee.


PER CURIAM.


       Affirmed.


KELLY, KHOUZAM, and BLACK, JJ., Concur.